## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI\

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | CAUSE NO. 4:25-cr-99-SA-JMV-3 |
| **MONEKEA M. SMITH-TAYLOR a/k/a** **MONEKEA M. SMITH** | **DEFENDANT** |

### ORDER GRANTING MOTION TO AMEND TRAVEL CONDITIONS

This matter is before the court on the Defendant's Motion to Amend Travel Conditions, docket number [29] requesting an amendment to the travel permission previously ordered by this Court. The court is advised that neither the Assistant United States Attorney nor Defendant's probation officer has any objections to the relief requested. Accordingly, and for good cause shown, the motion is GRANTED as follows:

The Defendant, Monekea M. Smith-Taylor, a/k/a, Monekea M. Smith, is allowed to travel daily during work hours to, from, and to stay during work hours in East St. Louis, Illinois, where her job is located for employment purposes.

The Defendant will not violate any of her pretrial bond conditions. Except as expressly permitted herein, the existing pretrial bond conditions applicable in this matter will remain in effect and unchanged.

SO ORDERED, this the 2nd day of July, 2025.

_____
UNITED STATES MAGISTRATE JUDGE